# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| CEDRIC GREENE,<br>　　　　Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§<br>§ | No. 3:20-cv-00406-S (BT) |
| OFFICE OF THE COMPTROLLER<br>OF THE CURRENCY, et al.,<br>　　　　Defendants. | §<br>§<br>§ | |

## ORDER

*Pro se* Plaintiff Cedric Greene has filed a motion seeking to transfer his case to an unspecified venue. Mot. (ECF No. 8). However, the undersigned previously recommended that this civil action be dismissed without prejudice based on sanction orders imposed by the United States District Court for the Districts of Central California, Kansas, and Colorado. FCR dated June 9, 2020 (ECF No. 6). That recommendation is ripe and pending consideration by the District Judge. In view of these circumstances, the undersigned DENIES Greene's motion.

SIGNED October 20, 2020.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　REBECCA RUTHERFORD
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE