# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| CEDRIC GREENE | § |
| | § |
| v. | §   CIVIL ACTION NO. 3:20-CV-406-S-BT |
| | § |
| OFFICE OF THE COMPTROLLER | § |
| OF THE CURRENCY, et al. | § |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED December 31, 2020.

UNITED STATES DISTRICT JUDGE