# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| CEDRIC GREENE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-406-S-BT |
| | § | |
| OFFICE OF THE COMPTROLLER | § | |
| OF THE CURRENCY, et al. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED** and **DECREED** that this action is **DISMISSED** without prejudice.

The Clerk shall transmit a copy of this Judgment, together with a copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED.**

SIGNED December 31, 2020.

_____
UNITED STATES DISTRICT JUDGE